UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 2:21-CR-00047-01** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **RYAN MOSS (01)** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

Before the court is a Report and Recommendation [doc. 40] of the Magistrate Judge, recommending that the defendant's guilty plea be accepted. After considering the official transcript [doc. 42] and noting the defendant's waiver of objections, the court finds that the plea is correct under applicable law. Accordingly, **IT IS ORDERED, ADJUDGED,** and **DECREED** that the Report and Recommendation be **ADOPTED** and that the defendant be finally adjudged guilty of the offenses charged in Counts 1, 2, and 3 of the Bill of Information.

**THUS DONE AND SIGNED** in Chambers on this 3rd day of August, 2021.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**
